Certificate Number: 05781-VAE-DE-041523838

Bankruptcy Case Number: 26-32564

05781-VAE-DE-041523838

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2026, at 12:06 o'clock PM PDT, Christina Mitchell completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: October 5, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President